CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 10 2010

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KOA DANETTE MACK, <br> Petitioner, | Civil Action No. 7:10-cv-00104 |
| v. | **FINAL ORDER** |
| RONALD ANDREW BASSFORD, <br> Respondent. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** without prejudice for lack of jurisdiction and is stricken from the active docket of the court.

The Clerk is directed to send copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 10th day of March, 2010.

/s/ Glen E. Conrad
United States District Judge